IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | NO. 1:18-CR- 69 |
| v. : | (JUDGE JONES) |
| JERRELL TATE, : | |
| Defendant. : | |

FILED
HARRISBURG, PA
FEB 21 2018
PER ____
DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
(Possession with intent to distribute heroin and fentanyl)

On or about August 3, 2017, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

JERRELL TATE,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
(Possession of firearm by a previously convicted felon)

On or about August 3, 2017, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

JERRELL TATE,

having been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger model SRC-9 9mm pistol, serial number 336-89502.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

DAVID J. FREED
UNITED STATES ATTORNEY

Foreperson, Grand Jury

CARLO D. MARCHIOLI
ASSISTANT U.S. ATTORNEY

2/21/18
DATE