# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:18-CR-69 |
| | : | |
| **v.** | : | (Jones, J.) |
| | : | |
| **JERRELL TATE,** | : | |
| **Defendant** | : | (Electronically Filed) |

## INFORMATION PURSUANT TO 21 U.S.C. § 851(a)(1)

The United States files this Information pursuant to 21 U.S.C. § 851(a)(1), and accuses Defendant Jerrell Tate, who is charged with possession with intent to distribute heroin and fentanyl, in violation of 21 U.S.C. § 841(a)(1) (count 1), of having been previously convicted of the following felony drug offenses:

(1) Manufacture/Delivery/Possession With Intent to Manufacture or Deliver a Controlled Substance, in violation of Title 35 P.S. § 780-113(a)(30), Dauphin County Court of Common Pleas No. CR-5456-2014.

(2) Manufacture/Delivery/Possession With Intent to Manufacture or Deliver a Controlled Substance, in violation of Title 35 P.S.

§ 780-113(a)(30), Dauphin County Court of Common Pleas No. CR-2390-2011.

Based on these prior convictions, the maximum penalty for count 1 is 30 years' imprisonment and a $2,000,000 fine, and the minimum term of supervised release is 6 years.

Dated: March 3, 2018

Respectfully submitted,

DAVID J. FREED
United States Attorney

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney
Attorney I.D. No. PA 309217
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108
Tel: (717) 221-4482
Fax: (717) 221-4493
carlo.d.marchioli@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on March 3, 2018, I served the foregoing document by electronic service using the Court's CM/ECF system on:

Thomas A. Thornton, Esq.
thomas_thornton@fd.org

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney