IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:18-cr-69 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| JERRELL TATE, | : | |
| Defendant. | : | |

### ORDER

AND NOW, this 3rd day of February, 2021, upon consideration of the *pro se* motion (Doc. 64) for release from custody to home confinement, which motion in essence asks the court to order the Federal Bureau of Prisons to immediately release Jerrell Tate from custody in light of serious public health and epidemiological concerns regarding transmission of COVID-19 in an institutional setting, it is hereby ORDERED that:

1. The Office of the Federal Public Defender for the Middle District of Pennsylvania is APPOINTED to promptly determine whether Jerrell Tate is potentially eligible for the requested relief and, if so, to file any appropriate motion on his behalf.

2. In the event the Federal Public Defendant is unable to represent the defendant, the Federal Public Defender shall designate an attorney in accordance with the Criminal Justice Act Plan of the United States District Court for the Middle District of Pennsylvania.

3. The Clerk of Court shall mail a copy of this Order to the Defendant.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania